UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL L. JOHNSON,

                Petitioner,

                                        Case No. 1:18-cv-614

v.

                                        Honorable Gordon J. Quist

TONY TRIERWEILER,

                Respondent.

_____/

### ORDER TO PROCEED *IN FORMA PAUPERIS*

        This is a habeas corpus action brought by a state prisoner under 28 U.S.C. § 2254. Petitioner has requested leave of court to proceed *in forma pauperis* (ECF No. 2) under 28 U.S.C. § 1915(a)(1) and has filed an affidavit of indigence.  It reasonably appears that paying the cost of this filing fee would impose an undue financial hardship.  *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).  Accordingly,

        **IT IS ORDERED** that Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.  Petitioner may commence this action without prepayment of fees or costs or security therefor.  Any pleadings herein served by the United States Marshal shall be at the expense of the United States government.

        **IT IS FURTHER ORDERED** that Petitioner shall serve upon Respondent or, if an appearance has been entered by an attorney, upon the attorney, a copy of every further pleading or other document submitted for consideration by the Court.  Petitioner shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date a true and correct copy of any document was mailed to respondent or the attorney(s).  Any paper received by a district

judge or magistrate judge which has not been filed with the clerk or which fails to include a certificate of service will be disregarded by the Court.


Dated:  June 19, 2018                          /s/ Ray Kent
                                               Ray Kent
                                               United States Magistrate Judge